1  LAWRENCE G. BROWN
   Acting United States Attorney
2  JASON EHRLINSPIEL
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  (916) 554-2743 Direct
   (916) 554-2900 Facsimile
5
   Attorneys for Defendant,
6  UNITED STATES

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 PACIFIC BELL TELEPHONE        )   No. 2:09-cv-00769 MCE-DAD
   COMPANY,                      )
12                               )   **STIPULATION OF EXTENSION**
                  Plaintiff,     )   **FOR TIME TO RESPOND TO**
13                               )   **AMENDED COMPLAINT AND ORDER**
            v.                   )
14                               )
   UNITED STATES *and* DOES 1to 100, )
15                               )
                  Defendants.    )
16                               )
                                 )
17 _____)

18
        Plaintiff Pacific Bell Telephone Company, through their counsel of record, and Defendant
19
   United States, through its counsel of record, hereby stipulate and agree that the United States
20
   Response to the Amended Complaint currently due on June 26, 2009 be extended to August 3,
21
   2009.
22
                                    Respectfully submitted,
23
                                    LAWRENCE G. BROWN
24                                  Acting United States Attorney

25 Dated:  May 27, 2009    By:      */s/ Jason Ehrlinspiel*
                                    JASON EHRLINSPIEL
26                                  Assistant U.S. Attorney

27                                  Attorneys for Defendant,
                                    United States
28

   STIPULATION FOR
   EXTENSION OF TIME

1  Dated: May 27, 2009                         */s/ Gerard J. Donnellan*
                                        By:    GERARD J. DONNELLAN
2                                              AT&T Services, Inc, Legal Department

3                                              Attorneys for Plaintiff,
                                               Pacific Bell Telephone Company
4

5

6        **IT IS SO ORDERED**.

7     Dated:  June 1, 2009

8

9                                              _____
                                               MORRISON C. ENGLAND, JR.
10                                             UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR
EXTENSION OF TIME                    2